**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Gary WHITE, AKA Big J-Killa, AKA Big Killa, AKA JC, AKA James Cail White, AKA JC White, Defendant-Appellant.**

**No. 16-50113**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted August 8, 2017 Pasadena, California

Filed October 12, 2017

L. Ashley Aull, Assistant U.S. Attorney, Mack Jenkins, Kevin M. Lally, Esquire, Assistant U.S. Attorney, Scott Michael Lara, Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Gary Paul Burcham, Burcham & Zugman, San Diego, CA, for Defendant-Appellant

* This disposition is not appropriate for publication and is not precedent except as provided

Before: REINHARDT, KOZINSKI and CHRISTEN, Circuit Judges.

**MEMORANDUM** *

1. "[T]he district court may not contradict an affirmative finding by the jury." United States v. Pimentel-Lopez, 859 F.3d 1134, 1143 (9th Cir. 2016) (as amended). The district court here erred by sentencing White based on a higher drug weight than the jury found in its special verdict. See id. at 1140.

2. The district court also erred by relying on evidence outside the record without notifying White in advance. See United States v. Warr, 530 F.3d 1152, 1162–63 (9th Cir. 2008).

**VACATED AND REMANDED.**

by Ninth Circuit Rule 36-3.